IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SALVADOR OCAMPO-VERGARA,

    Petitioner,

v.                                     Case No. 5:24cv177/MCR/MAL

WARDEN GABBY,
F.C.I. MARIANNA

    Respondent.
_____/

# O R D E R

The magistrate judge issued a Report and Recommendation dated August 28, 2024.  ECF No. 4.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this order.

2.    Petitioner's *pro se* Petition for Writ of Habeas Corpus Pursuant to 28

U.S.C. § 2241, ECF No. 1, is DENIED as Petitioner is not entitled to relief, or alternatively DISMISSED without prejudice for failure to exhaust administrative remedies.

**DONE and ORDERED** this 25th day of October 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 5:24cv177/MCR/MAL